# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOKOJITSUGYO COMPANY, LTD and 350 W.A. LLC, | CASE NO. 05CV75 WQH (CAB) |
| Plaintiffs, | ORDER SETTING TRIAL DATE |
| vs. | |
| CHUBB GROUP OF INSURANCE COMPANIES a.k.a. FEDERAL INSURANCE COMPANY, and DOES 1 through 500, inclusive, | |
| Defendants. | |

HAYES, Judge:

On January 3, 2007, the parties appeared in Court for the Third Pretrial Conference.  After consulting with counsel, and good cause appearing, **IT IS ORDERED** that:

1.  A jury trial in this matter is set for **Tuesday, February 12, 2008 at 9:00 A.M.**

2.  At trial, each party shall have 40 hours to present its case.

3.  The parties shall appear at a status conference on **Monday, March 19, 2007, at 11:00 A.M.**

**IT IS SO ORDERED**.

DATED:  January 4, 2007

*William Q. Hayes*

**WILLIAM Q. HAYES**
United States District Judge