# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOKOJITSUGYO COMPANY and 350 W.A. LLC,<br><br>                              Plaintiffs,<br><br>    vs.<br><br>CHUBB GROUP OF INSURANCE COMPANIES a.k.a. FEDERAL INSURANCE COMPANY,<br><br>                              Defendants. | CASE NO. 05CV75 WQH (CAB)<br><br>ORDER SETTING PRETRIAL SCHEDULE |

HAYES, Judge:

In preparation for the upcoming jury trial, the Court hereby ORDERS the following schedule for pretrial proceedings:

    1. A jury trial in this matter shall begin on **Tuesday, February 12, 2008 at 9:00 A.M.**

    2. The parties shall appear at a pretrial conference on **Friday, February 8, 2008 at 1:00 P.M.**

    3. At the pretrial conference, counsel shall be prepared to discuss the jury instructions. Accordingly, the parties shall *jointly* file one set of agreed-upon jury instructions no later than **Friday, February 1, 2008.**

    a.    On or before **Friday, January 25, 2008**, the parties shall serve their proposed jury instructions upon each other. The parties should then meet, confer, and submit to the Court one complete set of agreed-upon instructions.

     b.    If the parties cannot agree upon one complete set of instructions, they are required to file one set of those instructions which have been agreed upon, and a supplemental set of instructions which are not agreed upon.

     c.    In the event that the parties will be filing a supplemental set of instructions, the parties must also file their objections to the non-agreed-upon instructions. All objections must be in writing and set forth the objectionable material in the proposed instruction. Any objection shall contain citation(s) to authority explaining why the instruction is improper and a concise statement of argument concerning the instruction. Where applicable, the objecting party shall propose an alternative instruction covering the subject or principle of law.

     d.    The joint set of instructions and any supplemental instructions shall be in the following format:

          I.    There must be two copies of each instruction.

          ii.    The first copy should indicate the number of the proposed instruction, the instruction itself, and the authority supporting the instruction.

          iii.    The second copy should contain *only* the proposed instruction–there should be no other marks or writings, including supporting authority, on the second copy ("clean copy") except for a heading that reads "Instruction No. \_\_\_\_" with the number left blank. The clean copy should not be on pleading paper.

          iv.    A copy of the clean copy described above should be presented on a floppy disk in Word Perfect format on or before **Friday, February 1, 2008.**

     e.    All instructions shall be short, concise, and neutral statements of law. Argumentative instructions will not be given, and should not be submitted. The parties should also note that any modifications of instructions from statutory authority, Ninth Circuit pattern instructions, or any form instructions must state the modification made and any authority supporting the modification.

    4. The parties shall *jointly* file a proposed verdict form on or before **Friday, February 1, 2008.** If the parties cannot agree on a joint proposed verdict form, each party shall file a separate

1 verdict form along with written objections to the other party's proposed verdict form.

2     5. The parties shall file proposed voir dire questions on or before **Friday, February 1, 2008.**

3     6. The parties shall file and serve trial briefs on or before **Friday, February 1, 2008.** The trial
4 briefs shall summarize the parties' theories of the case and what they expect the evidence to show.

5     7. The parties shall file a joint statement of the case on or before **Friday, February 1, 2008.**
6 This statement should be brief and concise, as the Court will read it to the jury at the outset of the trial.

7     8. The parties should notify the law clerk seven days prior to the date of any hearing or trial
8 if they intend to use any special equipment, such as video projectors, slide projectors, or tape
9 recorders. **The parties shall prepare and submit to the Court a Proposed Order listing all such**
10 **equipment and the dates that such equipment will be brought into the courtroom.** Please note,
11 the parties must bring a copy of the signed order allowing extra equipment to present to security on
12 the day of the hearing/trial. Without a copy of the signed order, counsel will not be allowed to enter
13 the Court with the equipment.

14     9. The parties shall provide the Court with two copies of each exhibit, each copy in a separate
15 binder with tabs, on or before **Friday, February 1, 2008.** The parties shall maintain the original
16 exhibits. On the first day of the trial, each party shall provide the Courtroom Deputy with two copies
17 of its witness and exhibit lists in the form specified in Civil Local Rule 16.1(f)(2)(c) and (d).

18     **IT IS FURTHER ORDERED** that the parties shall contact the chambers of Magistrate Judge
19 Cathy Ann Bencivengo within seven (7) days of this Order to schedule a settlement conference to be
20 held on or before **Friday, January 18, 2008.**

21     The parties shall consult the Court's website for additional guidance regarding Chamber's
22 rules.

23     **IT IS SO ORDERED.**

24 DATED: December 5, 2007

25
                                **WILLIAM Q. HAYES**
26                                 United States District Judge

27

28