FILED

2008 JAN 18 PM 1:24

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. BLACKBURN and HOKOJITSUGUYU COMPANY, LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>CHUBB GROUP OF INSURANCE COMPANIES a/k/a FEDERAL INSURANCE COMPANY, and DOES 1 through 500, inclusive,<br><br>Defendants. | CASE NO. 05-CV0075-WQH (CAB)<br><br>ORDER PERMITTING SET-UP OF AUDIO-VISUAL EQUIPMENT AND PERMITTING DEFENDANT TO BRING COMPUTERS AND OTHER ITEMS INTO COURTHOUSE |

## ORDER

WHEREAS, this Court has set a trial in this case beginning February 13, 2008 and continuing for approximately twenty trial days; and

WHEREAS, counsel for Defendant Federal Insurance Company, erroneously sued as Chubb Group of Insurance Companies ("Federal"), seeks permission for counsel and for AJL Litigation Media, Inc. to bring the following equipment into the courthouse beginning Friday, February 9, 2008, and each trial day thereafter for setup in Courtroom No. 4 for use in

connection with the Trial scheduled for February 13, 2008, including leaving the equipment in the courtroom overnight:

    (1)    LCD Superbright Projector

    (2)    Elmo Visual Presenter

    (3)    VP32 Switcher/Cabling

    (4)    Wireless Barcode Reader(s)

    (5)    Pull-up Projection Screen

    (6)    Cabling & Distribution Package

    (7)    Other related supplies and equipment; and

WHEREAS, Federal's counsel also seeks permission to bring the following items into the courthouse beginning Friday, February 9, 2008, and each day thereafter, including leaving the equipment in the courtroom overnight for use during Trial:

    (1)    Three laptop computers

    (2)    Screens (number of screens to be used is unknown at this time)

    (3)    Easel Stands (number of stands to be used is unknown at this time)

    (4)    Litigation carts (number of carts to be used is unknown at this time)

    (5)    Three blackberrys/ e-mail enabled telephones

    (6)    Binders containing paperwork, photographs and pleadings

The above-stated requests for permission are hereby GRANTED.

IT IS SO ORDERED.

Dated: January 17, 2008    By: _____
                                                    Hon. William Q. Hayes
                                                    United States District Judge