# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOKOJITSUGYO COMPANY, Ltd. and 350 W.A.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CHUBB GROUP OF INSURANCE COMPANIES a/k/a FEDERAL INSURANCE COMPANY,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 05CV75 WQH (CAB)<br><br>ORDER SETTING BRIEFING SCHEDULE FOR APPLICATION TO THIS COURT FOR JUDGMENT PROCEEDS |

HAYES, Judge:

On February 22, 2008, the Court entered an order enforcing the terms of an Offer of Compromise between Plaintiff Hokojitsugyo Company and Defendant Federal Insurance Company. (Doc. # 292). On April 15, 2008, the Court entered Judgment in this matter.

The Court now sets the following briefing schedule to allow lien holders and other interested parties to apply for an order with respect to the judgment for $999,999.00:

(1) Any lien holder or interested party may apply for an order with respect to judgment proceeds on or before **Monday, April 28, 2008**. The application should be supported by a memorandum of points and authorities and, if necessary, declarations or affidavits.

(2) Any lien holder or interested party who applies for an order with respect to judgment proceeds may respond to any other interested party's application on or before **Monday, May 5, 2008**.

**IT IS SO ORDERED**.

DATED: April 15, 2008

　　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　　United States District Judge