# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOKOJITSUGYO COMPANY, LTD., | CASE NO. 05CV75 WQH (CAB) |
| Plaintiff, | ORDER |
| vs. | |
| FEDERAL INSURANCE COMPANY, | |
| Defendant. | |

HAYES, Judge:

The matter before the Court is Defendant Federal Insurance Company's request for entry of order declaring judgment satisfied in full and cancelling writ of execution. (Doc. # 327).

On April 15, 2008, the Court entered Judgment in favor of Hoko and against Federal in the amount of $999,999.00. Enforcement of this judgment was held in abeyance pending adjudication of the rights of the lien holders and other interested parties. (Doc. # 300).

On June 19, 2008, after resolving the rights of the lien holders and other interested parties, this Court vacated the Judgment entered on April 15, 2008 and entered an Amended Judgment. (Doc. # 316).

Defendant contends that the entire Amended Judgment has been paid in full. Plaintiff opposes the motion stating that "Hoko has provided Federal the **opportunity** to satisfy the judgment; electing instead to file this baseless 'request.' The request should be denied. At

least $5,363.83 remains due and outstanding before the Judgment will be satisfied." (Doc # 329 at 2).

The disputed amount represents interest from April 15, 2008 to June 19, 2008. The April 15, 2008 Judgment was vacated. Plaintiff is entitled to interest accruing from the date of the operative June 19, 2008 Amended Judgment. The Court concludes that the Amended Judgment has been satisfied in full.

IT IS HEREBY ORDERED that Federal Insurance Company's request for entry of order declaring judgment satisfied in full and cancelling writ of execution (Doc. # 327) is granted. The Writ of Execution obtained by Plaintiff on July 1, 2008 is vacated.

DATED: October 27, 2008

**WILLIAM Q. HAYES**
United States District Judge